# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Case No.:       1:16-CV-00978-TSE-JFA
Date:           05/05/2017
Court Time:     11:38AM-11:57AM (00:19)
                12:10PM-12:46PM (00:36)
                (00:55)

Docket Entry:   **FINAL PRETRIAL CONFERENCE**

## CAMERON BRACH

v.

## CONFLICT KINETICS CORPORATION, et al

**Present:**        Honorable **T.S. ELLIS, III**, United States District Judge

| | |
|---|---|
| Courtroom Deputy: | Margaret Pham |
| Court Reporter: | Tonia Harris |
| Plaintiff's Counsel: | Nicholas W. Woodfield and Kellee B. Kruse |
| Defendant's Counsel: | Russell J. Gaspar, Andrew K. Wible |

## PROCEEDINGS (Final Pretrial Conference):

- Matter comes on for Defendant's Motion [70] to Strike Jury Trial Demands
- Jury demand stricken
- Motion to file nunc pro tunc counter claim – denied
- Plaintiff estimates 3 days for case in chief
- Defendants estimate 2 days to try
- Summary Judgment motions due May 22, 2017 w/ local rules to dictate responses
- Argument scheduled for **Friday, June 30, 2017 @ 10:00AM** – trial date to be determined/set at this hearing
- Order to follow