IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAMERON BRACH, )<br>   Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>CONFLICT KINETICS )<br>CORPORATION, *et al.*, )<br>   Defendants/Counterclaim Plaintiffs. ) | Case No. 1:16-cv-978 |

### ORDER

The matter came before the Court on (i) defendants' Motion to Strike Jury Demands (Doc. 70), (ii) counterclaim-defendants' Motion *Nunc Pro Tunc* To File Answers to Counterclaims (Doc. 73), and (iii) a final pretrial conference.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that defendants' Motion to Strike Jury Demands (Doc. 70) is **GRANTED**.

It is further **ORDERED** that counterclaim-defendants' Motion *Nunc Pro Tunc* To File Answers to Counterclaims (Doc. 73) is **DENIED**.

It is further **ORDERED** that the parties may, if they wish to do so, file motions for summary judgment no later than 5:00 p.m. May 22, 2017. The Local Civil Rules and the Rule 16(b) Scheduling Order will govern the format and response deadlines for the parties' briefs.

It is further **ORDERED** that a summary judgment hearing is **SCHEDULEED** for 10:00 a.m. Friday, June 30, 2017, during which a trial date will be set, if necessary.

The Clerk is directed to send a copy of this Order to all counsel or record.

Alexandria, Virginia
May 5, 2017

/s/
T. S. Ellis, III
United States District Judge