IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **CAMERON BRACH,** ) | |
|    Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-978 |
| ) | |
| **CONFLICT KINETICS** ) | |
| **CORPORATION,** *et al.*, ) | |
|    Defendants/Counterclaim Plaintiffs. ) | |

## ORDER

The matter came before the Court on the counterclaim defendants' objection (Doc. 86) to the counterclaim plaintiffs' request for entry of default (Doc. 85) stemming from a failure to file timely answers.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that the objection (Doc. 86) is **SUSTAINED** and the request for entry of default (Doc. 85) is **DENIED**.

It is further **ORDERED** that counterclaim defendants may file answers to the counterclaim no later than 5:00 p.m. Monday, May 15, 2017.

It is further **ORDERED** that counterclaim defendants and their counsel are **SANCTIONED** and **DIRECTED** to pay the costs and legal fees incurred by counterclaim plaintiffs attributable to counterclaim defendants' failure to file timely answers, including the costs and fees associated with (1) responding to the motion to file answers *nunc pro tunc* and (2) filing and defending the request for entry of default.

It is further **ORDERED** that the parties are **DIRECTED** promptly (1) to **MEET AND CONFER** to identify counterclaim plaintiffs' fees and costs attributable to the failure to file

2

timely answers, and (2) to **SUBMIT A PLEADING** identifying those fees and costs and advising whether the parties dispute the amounts identified.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 12, 2017

/s/ _____
T. S. Ellis, III
United States District Judge