UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CAMERON BRACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-978-TSE/JFA |
| | ) | |
| CONFLICT KINETICS | ) | |
| CORPORATION, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CONFLICT KINETICS CORPORATION, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAMERON BRACH and | ) | |
| | ) | |
| INDEPENDENT RECRUITING | ) | |
| CONSULTANTS, LLC, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

**MOTION FOR SUMMARY JUDGMENT BY CONFLICT KINETICS
CORPORATION, BRIAN STANLEY AND KATHLEEN HENDERSON**

Conflict Kinetics Corporation, Brian Stanley and Kathleen Henderson, by counsel, move

pursuant to Fed. R. Civ. Proc. 56 for summary judgment as to all claims asserted in Cameron

Brach's Second Amended Complaint (ECF No. 11), and for partial summary judgment as to

Count III of the Counterclaim of filed by Conflict Kinetics Corporation (ECF No. 32).

The grounds in support of this motion are set forth in the accompanying memorandum of

law and exhibits.

CONFLICT KINETICS CORPORATION, *et al*.
By Counsel


By:    /s/ Russell J. Gaspar
   Russell J. Gaspar, Va. Bar No. 15020
   rgaspar@cohenmohr.com
   Andrew K. Wible, Va. Bar No. 78168
   awible@cohenmohr.com
   Victor G. Klingelhofer, Va. Bar No. 22609
   vklingelhofer@cohenmohr.com

COHEN MOHR LLP
1055 Thomas Jefferson St., N.W., Suite 504
Washington, D.C.  20007
(202) 342-2550
(202) 342-6147 (facsimile)

Attorneys for Conflict Kinetics Corporation,
Brian Stanley and Kathleen Henderson


<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 22d day of May, 2017, the foregoing Motion for Summary Judgment and Memorandum of Law, with exhibits, was electronically filed with the Clerk of the Court for the United States District Court for the Eastern District of Virginia and served on all parties of record through the CM/ECF system.

      I further certify that a true copy of the foregoing Motion and supporting documents was also served by electronic mail on the following counsel of record for the plaintiff:

R. Scott Oswald
SOswald@employmentlawgroup.com
Nicholas Woodfield
nwoodfield@employmentlawgroup.com
Kellee Boulais Kruse
kkruse@employmentlawgroup.com
The Employment Law Group
888 17th Street, N.W., Suite 900
Washington, D.C.  20006


         /s/  Russell J. Gaspar