IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CAMERON BRACH, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 1:16-cv-978 |
| | ) | |
| CONFLICT KINETICS CORPORATION | ) | |
| *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

The matter is before the Court on defendants' Motion For Leave To Exceed Page Limit For Opening Brief (Doc. 95) in connection with defendants' impending motion for summary judgment. Defendants seek to exceed the 30-page limit established in Rule 7(F)(3), Local Civ. R., by 3 pages because (1) defendants plan to seek summary judgment on five counts, and (2) the matter is factually and legally complex. Furthermore, defendants have represented that plaintiff does not object to the motion.

Accordingly, and for good cause,

It is hereby **ORDERED** that the motion for leave to exceed page limit (Doc. 95) is **GRANTED**. In this respect, defendants' opening summary judgment brief may comprise 33 pages, as requested.

It is further **ORDERED** that the corresponding brief in opposition to defendants' motion for summary judgment may exceed the 30-page limit by 3 pages.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 22, 2017

                              /s/
                         T. S. Ellis, III
                         United States District Judge