IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAMERON BRACH,<br>   Plaintiff,<br><br>v.<br><br>CONFLICT KINETICS CORPORATION<br>*et al.*,<br>   Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:16-cv-978<br>)<br>)<br>)<br>)<br>) |
| CONFLICTKINETICS CORPORATION,<br>   Counterclaim Plaintiff,<br><br>v.<br><br>CAMERON BRACH *et al.*,<br>   Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The matter came before the Court on the parties' motions for summary judgment (Docs. 96 & 100).

For the reasons stated in the Memorandum Opinion of even date, and for good cause,

It is hereby **ORDERED** that plaintiff's motion for summary judgment (Doc. 96) is **DENIED.**

It is further **ORDERED** that defendants' motion for summary judgment (Doc. 100) is **GRANTED IN PART** and **DENIED IN PART.** Specifically, defendants' motion is **GRANTED** with respect to Counts I, II, IV, and V of the Second Amended Complaint.

Defendants' motion is **DENIED** in all other respects. The matter will therefore proceed solely on defendant CKC's counterclaims.

It is further **ORDERED** that the bench trial in this matter is **SCHEDULED** for 10:00 a.m. Tuesday, August 29, 2017.

The Clerk is directed to send a copy of this Order to all counsel of record, and to enter judgment for defendants on Counts I, II, IV, and V of the Second Amended Complaint in accordance with this Order pursuant to Rule 58, Fed. R. Civ. P.

Alexandria, Virginia
July 31, 2017

_____
T. S. Ellis, III
United States District Judge