IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| CAMERON BRACH, ) </br> ) </br> *Plaintiff*, ) </br> ) </br> v. ) </br> ) </br> CONFLICT KINETICS CORPORATION, *et al.*, ) </br> ) </br> *Defendants*. ) </br> ) </br> CONFLICT KINETICS CORPORATION, ) </br> ) </br> *Counterclaim Plaintiff*, ) </br> ) </br> v. ) </br> ) </br> CAMERON BRACH & INDEPENDENT ) </br> RECRUITING CONSULTANTS, LLC, ) </br> ) </br> *Counterclaim Defendants*. ) </br> ) | Case No. 1:16-cv-978-TSE/JFA |

## CONSENT MOTION TO RESCHEDULE TRIAL DATE

Plaintiff/Counterclaim Defendants Cameron Brach and Independent Recruiting Consultants, LLC, by and through counsel, and with the consent of Defendants/Counterclaim Plaintiff, moves to reschedule the trial currently scheduled on August 29, 2017.

As the basis for this motion Plaintiff/Counterclaim Defendants' counsel has a conflict on August 29, 2017, and has a settlement conference/mediation before Magistrate Judge David J. Novak in Case 3:16-cv-00788-JAGVAED in the Eastern District of Virginia, Richmond Division, that was set on May 2, 2017. The Parties have conferred and jointly propose September 21, 2017, as the new trial date.

Plaintiff and Counterclaim Defendants sought consent from the Defendants/Counterclaim Plaintiff who consented to this motion.

A Proposed Order follows.

Respectfully submitted,

/s/ Nicholas Woodfield
R. Scott Oswald, VA Bar No. 41770
Nicholas Woodfield, VA Bar No. 48938
Kellee Boulais Kruse, VA Bar. No. 78710
The Employment Law Group, P.C.
888 17th Street, NW, 9th Floor
Washington, D.C. 20006
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
nwoodfield@employmentlawgroup.com
kkruse@employmentlawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Consent Motion to Reschedule Trial Date was served via electronic filing on August 10, 2017, upon:

Russell J. Gaspar, Esq.
Victor G. Klingelhofer, Esq.
Andrew K. Wible, Esq.
COHEN MOHR LLP
1055 Thomas Jefferson Street, N.W.
Suite 504
Washington, D.C. 20007
*Attorneys for Defendants*

/s/ Nicholas Woodfield
Nicholas Woodfield