IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAMERON BRACH )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>CONFLICT KINETICS CORPORATION, *et al.* )<br>)<br>*Defendants.* )<br>) | Case No. 1:16-cv-978-TSE/JFA |

## NOTICE OF BANKRUPTCY FILING

Counterclaim-Defendant Cameron Brach hereby submits this Notice of Bankruptcy. On September 18, 2017, Mr. Brach filed a Chapter 7 voluntary petition in the United States Bankruptcy Court, case no. 17-13131, for the Eastern District of Virginia.

Respectfully submitted,

/s/ Nicholas Woodfield
R. Scott Oswald, VA Bar No. 41770
Nicholas Woodfield, VA Bar No. 48938
The Employment Law Group, P.C
888 17th Street, NW, 9th Floor
Washington, D.C. 20006
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
nwoodfield@employmentlawgroup.com
*Counsel for Cameron Brach and Independent Recruiting Consultants, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 18th day of September, 2017, a true and correct copy of the foregoing pleading has been served via electronic filing upon:

Russell J. Gaspar, Esq.
Victor G. Klingelhofer, Esq.
Andrew K. Wible, Esq.
COHEN MOHR LLP
1055 Thomas Jefferson Street, N.W.
Suite 504
Washington, D.C.  20007
*Attorneys for Defendants*

    /s/ Nicholas Woodfield
Nicholas Woodfield, Esq.