UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAMERON BRACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-978-TSE/JFA |
| ) | |
| CONFLICT KINETICS ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| CONFLICT KINETICS CORPORATION, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAMERON BRACH and INDEPENDENT ) | |
| RECRUITING CONSULTANTS, LLC, ) | |
| ) | |
| Counterclaim Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Counterclaim plaintiff Conflict Kinetics Corporation and counterclaim defendants Cameron Brach and Independent Recruiting Consultants, LLC, by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the counterclaims pending in this action, which were stayed by Order entered September 18, 2017, shall be voluntarily dismissed with prejudice in light of the bankruptcy proceedings, EDVA Case No. 17-13131-KHK, that resulted in a discharge under 11 U.S.C. § 727 granted to plaintiff Cameron Brach on December 28, 2017. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| /s/ Nicholas Woodfield | /s/ Russell J. Gaspar |
| R. Scott Oswald, VA Bar No. 41770 | Russell J. Gaspar, VA Bar No. 15020 |
| Nicholas Woodfield, VA Bar No. 48938 | Victor G. Klingelhofer, VA Bar No. 22609 |
| The Employment Law Group, P.C | COHEN MOHR LLP |
| 888 17th Street, NW, 9th Floor | 1055 Thomas Jefferson Street, N.W. |
| Washington, D.C. 20006 | Suite 504 |
| (202) 261-2812 | Washington, D.C. 20007 |
| (202) 261-2835 (facsimile) | (202) 342-2550 |
| soswald@employmentlawgroup.com | (202)342-6147 (facsimile) |
| nwoodfield@employmentlawgroup.com | rgaspar@cohenmohr.com |
| *Counsel for Cameron Brach and* | vklingelhofer@cohenmohr.com |
| *Independent Recruiting Consultants, LLC* | *Attorneys for Defendants and Counterclaim Plaintiff* |